G. Dana Scruggs, State Bar No. 96152
dana@ssfinjurylaw.com
SCRUGGS, SPINI & FULTON
716 Ocean Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 457-1700/Fax: (831) 457-3788

John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, CA 91103
Telephone: (626) 449-8300/Fax: (626) 449-8197

Attorneys for Antonio Neal Townsend through his
Conservator and Guardian ad Litem Jacqueline Townsend

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO NEAL TOWNSEND through his Conservator and Guardian ad Litem JACQUELINE TOWNSEND,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>Defendants. | Case No. 5:19-cv-00630 BLF<br><br>**[PROPOSED] ORDER DISBURSING SETTLEMENT PROCEEDS** |

The Court, being advised in the premises and for good cause shown,

IT IS ORDERED THAT the Court's "Interim Order Finding Proposed Settlement To Be Fair and Reasonable," Docket No. 142, is adopted as a final order, which approves the $5.5 million global settlement for the reasons stated, and allocates the settlement funds as follows:

-1-

| | |
|---|---|
| Gross Settlement | $5,500,000.00 |
| Less cost advanced | ($221,654.01) |
| Net Settlement | $5,278,345.99 |
| Less 40% Contingency Fee | ($2,111,338.40) |
| Less Medical Liens | ($670,797.96) |
| Net to Plaintiff | $2,496,209.63 |

1.     The Settlement Agreement attached as Exhibit A to the accompanying Supplemental Declaration of John Burton is approved.

2.     All funds disbursed to Plaintiff are to be placed in the Special Needs Trust (SNT) to be established by the Santa Clara Superior Court as provided in Exhibit B to the accompanying Supplemental Declaration of John Burton. Pending the establishment of the SNT, which is presently awaiting court approval, all funds disbursed to Plaintiff shall be deposited in the Scruggs, Spini & Fulton Client Trust Account, and disbursed therefrom as provided in this Order.

3.     The $5,500,000 is to be disbursed as follows:

| | |
|---|---|
| **Total Settlement** | **$5,500,000.00** |
| Payment to Fund Plaintiff's Annuity | ($500,000.00) |
| Payments to Fund Attorneys' Annuities | ($1,224,793.80) |
| **Remaining Settlement Funds to be transferred to** | |
| **Scruggs, Spini & Fulton Client Trust Account** | **$3,775,206.17** |
| Cost Advanced reimbursement | ($221,654.01) |
| Balance of Attorney's Fees | |
| ($2,111,338.40 less $1,224,793.83 to Fund Attorneys' Annuities) | ($886,544.57) |
| To Be Held For Medi-Cal Lien | ($670,797.96) |
| **Balance to hold for SNT** | |
| **($2,496,209.63 less $500,000 to Fund Plaintiffs Annuity)** | **$1,996,209.63** |

4.     **Funding Plaintiff's Annuity.** Defendants shall issue by check or draft in the amount of $500,000.00 made payable to AMERICAN GENERAL LIFE INSURANCE

Townsend et al v. County of Santa Cruz et al                    ORDER DISBURSING SETTLEMENT PROCEEDS

COMPANY, within 5 days of this Order for the purchasing a structured settlement annuity as outlined in the Settlement Agreement and Release, Exhibit A.

**5.      Funding Attorneys' Annuities.** The Court authorizes and instructs payment to be made to Plaintiff's attorneys as follows:

(a)      Payee: Dana Scruggs:  Defendants shall issue by check or draft in the amount of $400,000.00 made payable to AMERICAN GENERAL LIFE INSURANCE COMPANY, within 5 days of this Order for the purchase of a tax-free structured settlement annuity as outlined in the Settlement Agreement and Release, Exhibit A.

(b)      Payee: John Burton:  Defendants shall issue by check or draft in the amount of $324,793.80 made payable to AMERICAN GENERAL LIFE INSURANCE COMPANY, within 5 days of this Order for the purchase of a tax-free structured settlement annuity as outlined in the Settlement Agreement and Release, Exhibit A.

(c)      Payee: David Fulton:  Defendants shall issue by check or draft in the amount of $500,000.00 made payable to PACIFIC LIFE INSURANCE COMPANY, within 5 days of this Order for the purchase of a tax-free structured settlement annuity as outlined in the Settlement Agreement and Release, Exhibit A.

All sums set forth herein constitute damages on account of personal physical injuries or physical sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

6.      **Scruggs, Spini & Fulton Client Trust Account**. Defendants are to deposit the balance of the settlement proceeds, $3,775,206.17, into the Scruggs, Spini & Fulton Client Account. Plaintiff's counsel are instructed to make the following disbursements:

Cost Advanced reimbursement of  $221,654.01.

Balance of Attorney's Fees of $886,544.57.

Plaintiff's counsel are instructed to hold $670,797.96 for the Medi-Cal lien. When the amount of the lien is resolved, Medi-Cal is to be paid, and the balance of the lien is to be paid to the SNT after it is established by the Santa Clara Superior Court.

Townsend et al v. County of Santa Cruz et al                ORDER DISBURSING SETTLEMENT PROCEEDS

The balance remaining, $1,996,209.63, is to be paid to the SNT after it is established by the Santa Clara Superior Court.

7.     **Immediate Funds For Placement in a Private Facility.** Until the SNT is funded pursuant to this Order Ms. Townsend is authorized to spend up to $35,000 a month drawn from the Scruggs, Spini & Fulton Client Trust Account to transfer Plaintiff Antonio Townsend to a private rehabilitation facility. Plaintiff currently resides at the Courtyard Care Center. Medical professionals recommend he be transferred to the Gilroy NeuroRestorative care center or a similar facility.

NeuroRestorative is a leading provider of subacute and post-acute rehabilitation services for people with brain, spinal cord and medically complex injuries, illnesses and other challenges. The plan is to move Plaintiff to this facility for at least a year to improve his chances of recovery sufficiently to allow him to return home. The costs are approximately $1,000 a day and are not covered by public benefits. However, if successful, this course of action will enhance Plaintiff's life considerably as he will have a much better chance of returning home rather than living in a facility for the rest of his life. Plaintiff should have immediate access to this level of treatment to improve his life and his life expectancy.

8.     The Court retains jurisdiction over this settlement until the SNT is established and all these disbursements have been made.

Dated:   December 16, 2021

United States District Judge

Submitted by,

Dated:   December 13, 2021          SCRUGGS, SPINI & FULTON
                                              /s/G. Dana Scruggs
                                    Attorneys for Plaintiff

Dated:   December 13, 2021          THE LAW OFFICES OF JOHN BURTON
                                              /s/John Burton
                                    Attorneys for Plaintiff

Townsend et al v. County of Santa Cruz et al          ORDER DISBURSING SETTLEMENT PROCEEDS